

*Via ECF*



The Honorable Katherine Polk Failla
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *Insured Advocacy Group, LLC v. GP Restoration LLC et al*
     Case No.: 1:23-cv-09983-KPF
     Letter Motion – Plaintiff's Motion for Adjournment of Initial
     Pretrial Conference – Scheduled for February 9, 2024 at 4:30 pm

Dear Judge Failla:

  On behalf of Plaintiff, Insured Advocacy Group, LLC ("Plaintiff"), please accept this letter-motion requesting an adjournment of the Initial Pretrial Conference in this matter which is scheduled for February 9, 2024. None of the Defendant have filed an appearance or responded to the complaint. Clerk's defaults have been obtained against the three defendants who have been served with the complaint (See Doc. ## 20-22). Plaintiff expects to serve and have a default entered against the remaining defendant (Jose Leal) as well, and will be moving for the entry of default judgments against all of the Defendants.

  Should your Honor require anything further, please do not hesitate to contact me. Thank you for your time and for your consideration in this matter.

         Respectfully,

         TORRICELLA LAW, PLLC

         *Maurice J. Baumgarten*
         Maurice J. Baumgarten

---

Town Center One, Suite 2215 • 8950 Southwest 74th Court • Miami, Florida 33156
Telephone: (305) 677-7644 • Web: www.TorricellaLaw.com

Application GRANTED.  The initial pretrial conference currently scheduled for February 9, 2024, is hereby ADJOURNED *sine die*.

The Clerk of Court is directed to terminate the pending motion at docket entry 23.

Dated:     February 2, 2024            SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE