UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INSURED ADVOCACY GROUP, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　-v.-<br><br>GP RESTORATION LLC; OMAR BRICENO; JOSE LEAL; and ALICIA SOMAZA,<br><br>　　　　　　　　　Defendants. | 23 Civ. 9983 (KPF)<br><br>**DEFAULT JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

　　　This action having been commenced on November 13, 2023, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served: (a) on each of Defendants, GP RESTORATION LLC ("GP"), OMAR BRICENO, individually ("Briceno"), and ALICIA SOMAZA, individually ("Somaza") by personal service on November 27, 2023; and (b) on Defendant, JOSE LEAL, individually ("Leal") by personal service on March 25, 2024, and proof of service on Defendants GP, BRICENO, and SOMAZA having been filed on January 19, 2024 (Dkt. #13, 14, 15), and proof of service on Defendant Leal having been filed on May 1, 2024 (Dkt. #27), and none of the Defendants having answered the Complaint, and the time for answering the Complaint having expired, it is ORDERED, ADJUDGED AND DECREED that the Plaintiff, INSURED ADVOCACY GROUP, LLC:

　　　(a)　have judgment against Defendant GP RESTORATION LLC in the liquidated principal amount of $698,002.03 with interest at 9% from

September 1, 2023, through the date of this Judgment amounting to $70,737.25, plus costs and disbursements of this action in the amount of $552.00, plus attorney's fees in the amount of $8,970.00, amounting in all to $778,261.28; and

(b)     have judgment against Defendants BRICENO, SOMAZA, and LEAL, in the liquidated principal amount of $62,284.13 with interest at 9% from September 13, 2023, through the date of this Judgment amounting to $6,127.73, plus costs and disbursements of this action in the amount of $450.00 ($150 service fee for each individual defendant), amounting in all to $68,861.86.

Dated:    October 16, 2024
          New York, New York

*[signature: Katherine Polk Failla]*

_____
KATHERINE POLK FAILLA
United States District Judge